# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**GEREMIA MAURIELLO,**
Appellant,

v.

**LARISSA BARRICK** o/b/o **HAILEY BARRICK,**
Appellee.

No. 4D18-1515

[December 6, 2018]

Appeal from the Circuit Court for the Nineteenth Judicial Circuit, Martin County; Michael McNicholas, Judge; L.T. Case No. 2018-DR-000097-DVAXMX.

Greg Rosenfeld of Law Offices of Greg Rosenfeld, P.A., West Palm Beach, for appellant.

No brief filed for appellee.

PER CURIAM.

*Affirmed.*

GROSS, MAY, JJ., and CARACUZZO, CHERYL, Associate Judge, concur.

\*　　　\*　　　\*

***Not final until disposition of timely filed motion for rehearing.***